# IN THE UNITED STATES BANKRUPTCY COURT
## Eastern District of Michigan
### SOUTHERN DIVISION - DETROIT

**In the Matter of**:                                        }
                                                             }          Case No. 19-56375
                                                             }
RAINELL PATRICE BROWN                                        }
                                                             }          Chapter 13
                                                             }          Judge Tucker
**Debtor(s)**                                                }
_____/

## ORDER CONFIRMING PLAN

The Debtor(s)' Chapter 13 plan was duly served on all parties in interest. A hearing on confirmation of the plan was held after due notice to parties in interest.  Objections, if any, have been resolved.  The Court hereby finds that each of the requirements for confirmation of a Chapter 13 plan pursuant to 11 USC §1325(a) are met.

Therefore, IT IS HEREBY ORDERED that the Debtor(s)' Chapter 13 plan, as last amended, if at all, is confirmed.

IT IS FURTHER ORDERED that the claim of   Frego & Associates, P.L.C.   , Attorney for the Debtor(s), for the allowance of compensation and reimbursement of expenses is allowed in the total amount of $ fee app in fees and $fee app in expenses, and that the portion of such claim which has not already been paid, to-wit: $fee app shall be paid by the Trustee as an administrative expense of this case.   The Trustee shall hold $3,500.00 pending a fee application.

IT IS FURTHER ORDERED that the Debtor(s) shall maintain all policies of insurance on all property of the Debtor(s) and this estate as required by law and contract.

All filed claims to which an objection has not been filed are deemed allowed pursuant to 11 USC §502(a), and the Trustee is therefore ORDERED to make distributions on these claims pursuant to the terms of the Chapter 13 plan, as well as all fees due the Clerk pursuant to statute.

IT IS FURTHER ORDERED as follows: [*Only provisions checked below apply*]

[X]     Provision V.H. of the Plan shall be modified to include the following language; Provided that if any creditor identified in Class 5.1 or Class 6.1 files a Proof of Claim that specifies a monthly payment amount at variance with the Equal Monthly Payment amount set forth in the Plan, the amount of the monthly payment specified in the Plan shall control and shall become the Equal Monthly Payment for that creditor.

Approved:
/s/ Tammy L. Terry_____                      /s/  Glen T. Turpening____
TAMMY L. TERRY (P46254)                                      Frego & Associates-The Bankruptcy Law Office, P.L.C.
Chapter 13 Standing Trustee                                  Attorney for Debtor(s)
535 Griswold, Suite 2100                                     23843 Joy Rd.
Detroit, MI  48226                                           Dearborn Heights, MI 48127
313-967-9857                                                 313-724-5088
Mieb_ecfadmin@det13.com                                      fregolaw@aol.com
                                                             Glen T. Turpening (P65230)

**Signed on March 18, 2020**



/s/ Thomas J. Tucker
_____

**Thomas J. Tucker**
**United States Bankruptcy Judge**